UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20959-PCH/Becerra

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARLINSON USUGA USUGA,
    a/k/a "Pedro Orejas,"
    a/k/a "Orejas,"

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The matter before the Court is Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 95]. In the report and recommendation, Judge Becerra recommends that Defendant Harlinson Usuga Usuga freely and voluntarily entered a guilty plea to Counts One and Two of the indictment, which charged him with conspiracy to distribute a controlled substance knowing that it would be imported into the United States, in violation of 21 U.S.C. §§ 959, 963; and aiding and abetting the distribution of a controlled substance knowing that it would be imported into the United States, in violation of 21 U.S.C. § 959(a)(1), (2) and 18 U.S.C. § 2. Judge Becerra recommends that Defendant Usuga Usuga's plea be accepted and that Defendant Usuga Usuga be adjudicated guilty of the offenses to which the guilty plea has been entered. Neither Defendant Usuga Usuga nor the Government filed an objection to Judge Becerra's report and recommendation. Accordingly, having reviewed the record *de novo*, it is

**ORDERED** that Magistrate Judge Becerra's Report and Recommendation on Change of Plea [ECF No. 95] is adopted and approved in its entirety. Defendant Usuga Usuga's guilty plea is accepted, and he is adjudged guilty of conspiracy to distribute a controlled substance knowing that it would be imported into the United States and aiding and abetting the distribution of a controlled substance knowing that it would be imported into the United States. As stated in a previous order, a sentencing hearing is set for **Tuesday, September 21, 2021**, at 3:00 P.M. [ECF No. 97].

**DONE AND ORDERED** in Miami, Florida, on July 16, 2021.

_____
Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services